IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EXCEPTIONAL INNOVATION LLC, an Ohio Limited Liability Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LITE TOUCH, INC., a Utah corporation, <br><br> and <br><br> LIFETOUCH INC., a Minnesota Corporation, <br><br> Defendants. | Case No. C2 06 273 <br><br> Judge Edmund A. Sargus <br><br> Magistrate Judge Norah McCann King |

## ORDER

This matter came to be heard upon the joint motion of the parties pursuant to Fed. R. Civ. P. 60(b), as contemplated in *First National Bank of Salem, Ohio v. Hirsch*, 535 F. 2d 343, (6th Cir. 1976), asking this Court to amend its order of February 27, 2007 by dismissing this case without prejudice.

Considering the parties desire to settle and the entire record, the Court is of the opinion, and so finds, that should the case be remanded to it by the Court of Appeals for the Sixth Circuit, this Court is inclined to grant the relief requested.

///

///

///

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court is disposed to grant the parties' 60(b) motion.

ENTERED this *11* day of *Febry*, 2008.

**DISTRICT COURT JUDGE**

Edward A. Sargus

**APPROVED AS TO FORM:**

| BRICKER & ECKLER LLP | SNOW, CHRISTENSEN & MARTINEAU |
|---|---|
| /s/ Quintin F. Lindsmith | /s/ Keith A. Call |
| Quintin F. Lindsmith | Keith A. Call |
| 100 South Third Street | 10 Exchange Place, Suite 1100 |
| Columbus, OH 43215 | Salt Lake City, Utah 84111 |
| (614) 227-5478 | (801) 322-9144 |
| qlindsmith@bricker.com | kac@scmlaw.com |

*Attorneys for Plaintiff Exceptional Innovation, LLC*

*original signature in file*

Michael Romanello
**REMINGER & REMINGER CO., L.P.A.**
65 East State Street, 4th Floor
Columbus, Ohio 43215
(614) 228-1311
dholthus@reminger.com

*Attorneys for Defendant/Counterclaim Plaintiff Lite Touch, Inc.*

*original signature in file*